IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 06 2000

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

| | |
|---|---|
| SUSAN ZUELKE, | ) |
| Plaintiffs, | ) |
| -vs- | ) No. 00-519 DRH |
| THE BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY, | ) |
| Defendant. | ) |

### ORDER

Pursuant to **28 U.S.C. § 455**, the Court hereby **RECUSES** itself from this proceeding and transfers this matter to the Clerk of the Court for reassignment by random draw.

**IT IS SO ORDERED.**

DATED: This 6th day of July, 2000.

_____
DAVID R. HERNDON
UNITED STATES DISTRICT JUDGE

Case has been reassigned to Judge William D. Stiehl.
All further pleadings shall bear the case number of **00-519-WDS**.

2