**FILED**
SEP 28 2001
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN ZUELKE, | CIVIL NO. 00-519-MJR |
| | **MINUTES OF COURT** |
| Plaintiff(s), | DATE: 9-28-01 |
| | PLACE:   EAST ST. LOUIS |
| vs. | |
| BOARD OF TRUSTEES OF SIU, | |
| Defendant(s). | |

PRESENT:   HONORABLE GERALD B. COHN, U. S. MAGISTRATE JUDGE

DEPUTY CLERK:  J. M. SWIFT        COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): FERNE WOLF and GULZAR SUNDERJI
COUNSEL FOR DEFENDANT(S):   IAN P. COOPER
COUNSEL FOR THIRD-PARTY DEFENDANT(S):

PROCEEDINGS:    SETTLEMENT CONFERENCE

_____        CASE SETTLED

__X__         CASE DID NOT SETTLE



NORBERT G. JAWORSKI, CLERK

By:   J. M. Swift
      Deputy Clerk